# UNITED STATES DISTRICT COURT
### for the
### Western District of Texas

| | |
|---|---|
| United States of America<br>v.<br>ABDINASSIR MOHAMUD IBRAHIM<br><br>_____<br>Defendant | )<br>)<br>)  Case No. SA 14-M-108<br>)<br>)<br>) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
_(name of person to be arrested)_     ABDINASSIR MOHAMUD IBRAHIM                                                                                         ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment        ☐ Superseding Indictment        ☐ Information        ☐ Superseding Information        ☒ Complaint
☐ Probation Violation Petition        ☐ Supervised Release Violation Petition        ☐ Violation Notice        ☐ Order of the Court

This offense is briefly described as follows:
  18 USC 1546(a)     Fraud and misuse of visas, permits, and other documents


Date: 02/01/2014

_Issuing officer's signature_

HENRY J. BEMPORAD
U.S. MAGISTRATE JUDGE
_Printed name and title_

City and state:   San Antonio, Texas

---

### Return

This warrant was received on _(date)_ 02/01/2014 , and the person was arrested on _(date)_ 02/01/2014
at _(city and state)_   SAN ANTONIO, TEXAS   .

Date: 02/03/2014

_Arresting officer's signature_

SPECIAL AGENT MICAH L. SEXSON
_Printed name and title_